IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JASON W. KIRKENDOLL                                                          PLAINTIFF

v.                               No. 4:19-cv-572-DPM

ANDREW SAUL*, Commissioner,
Social Security Administration                                               DEFENDANT

## ORDER

The Court adopts Magistrate Judge Deere's unopposed recommendation, *Doc. 18*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_22 May 2020_

---

* The Court directs the Clerk to update the docket and name Andrew Saul as the defendant.