# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JASON W. KIRKENDOLL                          PLAINTIFF

v.                      No. 4:19-cv-572-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                      DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed and the case is remanded to the Social Security Administration with instructions. The record must be developed at step five. The conflict between the vocational expert's testimony and the dictionary of occupational titles about the effect of Kirkendoll's ability to reach must be resolved. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101–2 (1991).

_____
D.P. Marshall Jr.
United States District Judge

22 May 2020