IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JASON W. KIRKENDOLL                                                     PLAINTIFF

v.                              No. 4:19-cv-572-DPM

ANDREW SAUL, Commissioner,
Social Security Administration                                          DEFENDANT

## ORDER

Unopposed motion, *Doc. 21*, granted. The hours billed and fee requested are reasonable. The Court awards an attorney's fee of $4,790.16, payable to Kirkendoll. *Astrue v. Ratliff*, 560 U.S. 586, 591 (2010). The check should be mailed to Kirkendoll's lawyer.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 September 2020